# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00231-CV

### F. H. and L. L., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

---

**FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
NO. 21-0063-CPS425, THE HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING**

---

## O R D E R

**PER CURIAM**

Appellants F.H. and L.L. filed their notices of appeal on April 22, 2022, and May 3, 2022, respectively. The appellate record was complete on May 1, 2022, making appellants' briefs due on May 23, 2022. On May 20, 2022, counsel for F.H. filed a motion for extension of time to file F.H.'s brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counselors Lisa Marie Mims and Kenneth Best to file appellants' briefs no later than June 7, 2022. If the briefs are not filed by

that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on May 26, 2022.


Before Chief Justice Byrne, Justices Kelly and Smith